BTXN 099 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 0 2009
CLERK, U.S. DISTRICT COURT
_____ Deputy

In Re:
Ralph Lyle Crum

           Debtor(s)

Ralph Lyle Crum

           Appellant(s)

vs.

Randi Crum and Kent Ries, Trustee

           Appellee(s)

Case No.: 08-20297-rlj7
Chapter No.: 7

2-09CV-199-J

## TRANSMITTAL AND CERTIFICATION OF RECORD ON APPEAL

Pursuant to Federal Rules of Bankruptcy Procedure 8007, the appeal filed on 4/27/09 regarding Order regarding objections to Debtor's claimed exemptions by Ralph Crum in the above styled bankruptcy case is hereby transmitted to the U.S. District Court for the Northern District of Texas.

This record on appeal contains all items listed on the attached index, and is in compliance with Rule 8007 of the Federal Rules of Bankruptcy Procedure.

All further pleadings or inquiries regarding this matter should be directed to the U.S. District Clerk's Office until such time as the appeal is fully processed in the U.S. District Court.

The above referenced record was delivered to the U.S. District Clerk's Office on August 10, 2009.

DATED: 8/10/09

FOR THE COURT:
Tawana C. Marshall, Clerk of Court

by: /s/G Luna, Deputy Clerk

BTXN 150 (rev. 1/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**2-09CV-199-J**

**I. (a) APPELLANT**
Ralph Lyle Crum

**APPELLEE**
Randi Crum and Kent Ries, Trustee

(b) County of Residence of First Listed Party:
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Party:
(IN U.S. PLAINTIFF CASES ONLY)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Van Northern
112 W. 8th Ave., Ste. 400
Amarillo, TX 79101
806-374-2266

Attorney's (If Known)
Coleman Young
Templeton Law Firm
P.O. Box 15010
Amarillo, TX 79105

Kent Ries
600 S. Tyler, Ste. 1300
Amarillo, TX 79101
806-242-7437

**II. BASIS OF JURISDICTION**

○ 1  U.S. Government Plaintiff
○ 2  U.S. Government Defendant
● 3  Federal Question (U.S. Government Not a Party)
○ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business In This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business In Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

**IV. NATURE OF SUIT**

● 422 Appeal 28 USC 158   ○ 423 Withdrawal 28 USC 157   ○ 890 Other Statutory Actions

**V. ORIGIN**

● 1 Original Proceeding
○ 2 Removed from State Court
○ 3 Remanded from Appellate Court
○ 4 Reinstated or Reopened
○ 5 Transferred from another district
○ 6 Multidistrict Litigation
○ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
NOTICE OF APPEAL

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
Judge:                                Docket Number:

DATED: 8/10/09

FOR THE COURT:
Tawana C. Marshall, Clerk of Court
by: /s/G Luna, Deputy Clerk