## United States District Court
## Northern District of Texas
## Office of the Clerk

*Karen Mitchell*  
*Clerk of Court*

Amarillo Division  
205 East 5th Room 133  
Amarillo, TX 79101-1559

Aug 11, 2009

Honorable Mary Lou Robinson  
Judge, U.S. District Court  
205 E. 5th  
Amarillo, TX 79101

Subject: Ralph Lyle Crum vs. Randi Crum and Kent Ries, Trustee  
Bankruptcy No.: 08-20297-rlj-7  
Adversary No.:

Judge Robinson

Pursuant to Bankruptcy Rule 8007(b), the U.S. Bankruptcy Clerk's Office has transmitted the record on appeal in the above styled case to this court. The appeal was entered on the docket in this court on   8/10/09   and the time for serving and filing the brief of appellant(s) commenced on that date. The parties are directed to District Court Local Bankruptcy Rule (LBR) 8009.1 for briefing times. The record on appeal is available in the District Clerk's Office for release on request as provided in LBR 8006.6. The appeal has been assigned Civil Action Number   **2:09-cv-199-J**   .

Sincerely,

Karen Mitchell  
*Clerk of Court*

By: _____Penny Hunton_____  
*Deputy Clerk*

cc:

Honorable   Robert L Jones   , U.S. Bankruptcy Judge  
U.S. Bankruptcy Clerk  
Attorneys of Record