# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

|  |  |  |
|---|---|---|
| IN RE:<br>RALPH LYLE CRUM | §<br>§<br>§ | District Court Case No. 2-09CV-199-J<br>(Appeal from Bankruptcy Case No.<br>08-20297-RLJ-7) |

IN RE:                                    §    District Court Case No. 2-09CV-199-J
RALPH LYLE CRUM                           §         (Appeal from Bankruptcy Case No.
                            Debtor        §         08-20297-RLJ-7)
                                          §
RALPH LYLE CRUM                           §
                            Appellant     §
        VS.                               §
Kent Ries, Trustee and Randi Crum         §
                            Appellees     §
                                          §

## AGREED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ralph Lyle Crum, Appellant herein, and joined by Appellees, and would show the court as follows:

1. Appellant and Appellees are in good faith negotiations to resolve all disputes in the appeal.

2. The parties agree that all parties (as well as the unsecured creditors in bankruptcy) would be best served by settlement, rather than expending fees from the bankruptcy estate to litigate the appeal.

3. The parties are in good faith negotiations to resolve the appeal, and believe that a settlement is likely, if appellate attorney's fees may be avoided by settlement.

4. The Appellant's brief is due Monday, August 31, 2009. An extension until September 22, 2009, should be adequate to complete the negotiations.

WHEREFORE, PREMISES CONSIDERED, Ralph Crum, Appellant, prays that the time to

file Appellant's Brief be extended until September 22, 2009, and for such other relief to which he

may be entitled at law or in equity.

Respectfully submitted,

**NORTHERN LAW FIRM**
112 W. 8th Ave., Suite 400
Amarillo, Texas  79101
Tel. (806) 374-2266
Fax. (806) 374-9535

_____
Van W. Northern
State Bar No. 15101100

*Attorney for Appellant*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the

foregoing document to the following parties in interest by electronic notification via the court's

electronic case filing system or by regular mail on the __27th__ day of_August__, 2009:

Kent D. Ries
600 S. Tyler, Suite 1300
Box 12058
Amarillo, Texas 79101
*Chapter 7 Trustee*

U. S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas  75242

Cole Young
Templeton, Smithee, Hayes,
Heinrich & Russell, L.L.P.
P.O. Box 15010
Amarillo, Texas 79105
*Attorney for Randi Crum*

_____
Van W. Northern

Case No. 2-09CV-199-J; In re: Ralph L. Crum v. Kent Ries and Randi Crum
Unopposed Motion to Extend Time to File Appellant's Brief                              Page 2