

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE:<br>RALPH LYLE CRUM<br>           Debtor<br><br>RALPH LYLE CRUM<br>           Appellant<br>vs.<br>Kent Ries, Trustee and Randi Crum<br>           Appellees | §§§§§§§§§§§ | District Court Case No. 2-09CV-199-J<br>(Appeal from Bankruptcy Case No.<br>08-20297-RLJ-7) |

### AGREED ORDER ON MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

The Court, having considered the Agreed Motion to Extend Time to File Appellant's Brief, and having been informed of the agreement of the parties, finds that the Motion should be granted. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Agreed Motion to Extend Time to File Appellant's Brief is hereby granted and the deadline for Appellant, Ralph Crum, to file his brief is hereby extended to September 22, 2009.

Signed this 28th day of August, 2009.

                                            MARY LOU ROBINSON
                                            UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ Kent D. Ries
Kent D. Ries, *Chapter 7 Trustee, Appellee*

/s/ Cole Young
Cole Young, *Attorney for Appellee,*
*Randi Crum*

/s/ Van W. Northern
Van W. Northern, *Attorney for Appellant,*
*Ralph Crum*