UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE:<br>RALPH LYLE CRUM<br>　　　　Debtor<br><br>RALPH LYLE CRUM<br>　　　　Appellant<br>vs.<br>Kent Ries, Trustee and Randi Crum<br>　　　　Appellees | §§§§§§§§§§§ | District Court Case No. 2-09CV-199-J<br>(Appeal from Bankruptcy Case No.<br>08-20297-RLJ-7) |

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
SEP 28 2009
CLERK, U.S. DISTRICT COURT
By _____
　　　　Deputy

## AGREED ORDER ON MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

The Court, having considered the Agreed Motion to Extend Time to File Appellant's Brief, and having been informed of the agreement of the parties, finds that Appellant's Brief was filed on September 23, 2009, at 12:56 a.m., and that therefore the Motion should be granted, and the Court considers Appellant's Brief to be timely filed. It is therefore

**ORDERED, ADJUDGED AND DECREED** that the Agreed Motion to Extend Time to File Appellant's Brief is hereby granted and the deadline for Appellant, Ralph Crum, to file his brief is hereby extended to September 23, 2009, at 1:00 a.m.

Signed this 25th day of September 2008.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE

**AGREED:**

/s/ Kent D. Ries
Kent D. Ries, *Chapter 7 Trustee, Appellee*


/s/ Cole Young
Cole Young, *Attorney for Appellee,*
*Randi Crum*


/s/ Van W. Northern
Van W. Northern, *Attorney for Appellant,*
*Ralph Crum*