# IN THE UNITED STATES DISTICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | District Court Case No. 2-09CV-199-J |
| | § | (Appeal from Bankruptcy Case No. |
| Debtor. | § | 08-20297-RLJ-7) |
| | § | |
| RALPH LYLE CRUM, | § | |
| | § | |
| Appellant | § | |
| | § | |
| VS. | § | |
| | § | |
| KENT RIES, Trustee and | § | |
| RANDI CRUM, | § | |
| | § | |
| Appellees, | § | |

## AGREED MOTION TO EXTEND DEADLINE TO FILE APPELLEES' BRIEFS

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Kent Ries, Trustee ("Trustee") and Appellee, and hereby files his Agreed Motion To Extend Deadline to File Appellees' Briefs (the "Motion"), and would show the Court the following:

1. Appellant and Appellees are in good faith negotiations to resolve all disputes in the appeal. Appellant and Appellee Randi Crum are divorced and have multiple issues relating to their property division and support payments. Appellee Trustee has multiple issues relating to the property division and Appellee Randi Crum's claims against the bankruptcy estate. This appeal is primarily related to the exempt status of one financial account of Appellant. Recently with the help of divorce counsel, The Crum's have narrowed their issues and reached consensus

in a general manner on some issues so that a global settlement of this appeal and the multiple bankruptcy issues appears possible, if not likely.

2. The parties agree that all parties to this appeal, and in the Trustee's case, the creditors of the bankruptcy estate, would be best served by a settlement, rather than expending fees from the bankruptcy estate to litigate the appeal.

3. Appellees' briefs are due on October 7, 2009.

4. Trustee requests an extension of the deadline to file his brief, and that of his co-Appellee, to December 16, 2009. The Trustee believes a global settlement should be reached, if it ever will, within the next two weeks. Due to the layer of divorce counsel in Connecticut and bankruptcy counsel in Texas, Trustee expects two additional weeks to document the settlement. Any such settlement must be noticed to all the parties in the bankruptcy case, with time to object. Any hearing on that objection would be heard on that Court's December 15, 2009 docket/hearing date.

5. This continuance is not sought for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, Kent Ries, Trustee and Appellee, prays that the time to file Appellees' Briefs be extended until December 16, 2009, and for such other relief to which he may be entitled at law or in equity.

> Respectfully submitted,
>
> Kent Ries, Attorney at Law
> 600 S. Tyler, Box 12058
> 1300 Chase Tower
> Amarillo, Texas 79101
>
> By: /s/ Kent Ries
>     Kent Ries
>     State Bar No. 1691450

## CERTIFICATE OF CONFERENCE

On October 5, 2009 and October 6, 2009, Kent Ries, Trustee and Appellee, discussed this Motion with counsel for Randi Crum and counsel for Appellant Ralph Lyle Crum, who stated they agree to this Motion.

                                                          /s/ Kent Ries
                                                          Kent Ries

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of October, 2009, a true and correct copy of the above and foregoing document was sent electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed below.

United States Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas 75242

Ralph Lyle Crum
7003 Covenant Lane
Amarillo, Texas 79109

Van Northern
Northern Law Firm
112 W. 8th, Suite 400
Amarillo, Texas 79101

Cole Young
Templeton Law Firm
320 S. Polk, Suite 1000
Lobby Box 5
Amarillo, Texas 79101

                                                          /s/ Kent Ries
                                                          Kent Ries