IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE: RALPH LYLE CRUM, § | |
| Debtor. § | |
| RALPH LYLE CRUM § | |
| Appellant, § | |
| v. § | NO. 2:09-CV-199-J |
| KENT RIES, Trustee, and, RANDI CRUM, § | |
| Appellees. § | |

### ORDER

Before the Court is the parties "*Agreed Motion to Extend Deadline to File Appellees' Briefs.*" The deadline to file the Appellees' briefs will be extended to October 28, 2009.

IT IS SO ORDERED.

Signed this 7th day of October 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE