IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
Amarillo Division

| | | |
|---|---|---|
| RALPH LYLE CRUM | § | |
| Appellant | § | |
| v. | § | Case Number: |
| | § | 2:09-CV-199-J |
| RANDI CRUM AND KEN RIES, T | § | |
| Appellee | § | |

FILED
OCT 2 6 2009
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
By _____ Deputy

### Notice of Transfer of the Bankruptcy Record on Appeal

In accordance with Local Bankruptcy Rule 8006.6, I hereby:

☒ acknowledge receipt of the record on appeal which consists of ___3___ volumes.

☐ acknowledge that the record on appeal has been transferred to the:

    ☐ Appellee
    ☐ Office of the Clerk

☒ certify that I am the designated attorney of record for the:

    ☐ Appellant
    ☒ Appellee

Beth Hughes for Kent Ries
*Attorney Name (printed)*

I also certify that I have not altered the record in any way.

_____    _____
*Date*    *Designated Attorney Signature*

*This form is to be completed and filed with the Office of the Clerk each time a party receives, forwards or returns the appelalte record in the case referenced above.*

---

The Office of the Clerk received the record on appeal consisting _____ volumes from the:

    ☐ Appellant
    ☐ Appellee

_____    _____
*Date*    *Deputy Clerk*