IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF TEXAS

Amarillo Division

| | | |
|---|---|---|
| RALPH LYLE CRUM | § | |
| Appellant | § | Case Number: |
| v. | § | 2:09-CV-199-J |
| | § | |
| RANDI CRUM AND KEN RIES, T. | § | |
| Appellee | § | |
| | § | |

## Notice of Transfer of the Bankruptcy Record on Appeal

In accordance with Local Bankruptcy Rule 8006.6, I hereby:

☒ acknowledge receipt of the record on appeal which consists of ___3___ volumes.

☒ acknowledge that the record on appeal has been transferred to the:

☒ Appellee  _Randi Crum_
☐ Office of the Clerk

☐ certify that I am the designated attorney of record for the:

☐ Appellant
☒ Appellee  _Ken Ries_

_Attorney Name (printed)_
_Ken Ries_

I also certify that I have not altered the record in any way.

___10/21/09___
Date

_Designated Attorney Signature_

*This form is to be completed and filed with the Office of the Clerk each time a party receives, forwards or returns the appelalte record in the case referenced above.*

---

The Office of the Clerk received the record on appeal consisting _____ volumes from the:

☐ Appellant
☐ Appellee

_____          _____
Date                             Deputy Clerk