IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF TEXAS

Amarillo Division

| | | |
|---|---|---|
| RALPH LYLE CRUM<br>　　　　　　Appellant<br>v.<br>RANDI CRUM AND KEN RIES,<br>　　　　　　Appellee | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case Number:<br>2:09-CV-199-J |

## Notice of Transfer of the Bankruptcy Record on Appeal

In accordance with Local Bankruptcy Rule 8006.6, I hereby:

☒ acknowledge receipt of the record on appeal which consists of ___3___ volumes.

☐ acknowledge that the record on appeal has been transferred to the:

　　　　☐ Appellee
　　　　☐ Office of the Clerk

☑ certify that I am the designated attorney of record for the:

　　　　☐ Appellant
　　　　☑ Appellee Randi Crum,　　　_Charles Coleman Young_
　　　　　　　　　　　　　　　　　　　　*Attorney Name (printed)*

I also certify that I have not altered the record in any way.

_10-28-2009_　　　　　　　　　　　　　　_[signature]_
*Date*　　　　　　　　　　　　　　　　　*Designated Attorney Signature*

*This form is to be completed and filed with the Office of the Clerk each time a party receives, forwards or returns the appelalte record in the case referenced above.*

---

The Office of the Clerk received the record on appeal consisting _____ volumes from the:

　　　　☐ Appellant
　　　　☐ Appellee

_____　　　　　　_____
*Date*　　　　　　　　　　　　　　　　　*Deputy Clerk*