IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS
Amarillo Division

*FILED OCT 28 2009 — CLERK, U.S. DISTRICT COURT, By ____ Deputy*

| | |
|---|---|
| RALPH LYLE CRUM<br>Appellant<br><br>v.<br><br>RANDI CRUM AND KEN RIES, T<br>Appellee | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    Case Number:<br>      2:09-CV-199-J |

### Notice of Transfer of the Bankruptcy Record on Appeal

In accordance with Local Bankruptcy Rule 8006.6, I hereby:

☒ acknowledge receipt of the record on appeal which consists of ___3___ volumes.

☑ acknowledge that the record on appeal has been transferred to the:

    ☐ Appellee
    ☑ Office of the Clerk

☑ certify that I am the designated attorney of record for the:

    ☐ Appellant
    ☑ Appellee  Randi Crum      Charles Coleman Young
                                                 *Attorney Name (printed)*

I also certify that I have not altered the record in any way.

10-28-2009                          *Charles Coleman Young*
*Date*                                           *Designated Attorney Signature*

*This form is to be completed and filed with the Office of the Clerk each time a party receives, forwards or returns the appelalte record in the case referenced above.*

---

The Office of the Clerk received the record on appeal consisting __3__ volumes from the:

    ☐ Appellant
    ☑ Appellee

10-28-09                          *[signature]*
*Date*                                     *Deputy Clerk*