UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| RALPH LYLE CRUM, § | |
|     Debtor § | |
| § | CASE NO. 2-09CV-199-J |
| RALPH LYLE CRUM, § | |
|     Appellant § | (Appeal from Bankruptcy |
| § | Case No. 08-20297-RLJ-7) |
| vs. § | |
| § | |
| Kent Ries, Trustee, and Randi Crum § | |
|     Appellees § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Ralph Lyle Crum, Appellant herein, and joined by Randi Crum, and Kent Ries, Appellees, and would show the Court as Follows:

1. All parties to the appeal have compromised and settled their claims in the case pending before the court, and wish to dismiss the appeal with prejudice. The bankruptcy judge has entered an Order Granting a Motion to Compromise Claims of the Estate, Randi Crum and Ralph Crum, including the present appeal, on March 30, 2010, after notice to all parties and creditors without objection.

2. Therefore, all parties request that this court dismiss the appeal with prejudice to refiling.

                                      Respectfully submitted,

**NORTHERN LAW FIRM**
112 W. 8th Ave., Suite 400
Amarillo, Texas 79101
Tel. (806) 374-2266
Fax. (806) 374-9535


/s/ Van W. Northern
Van W. Northern
State Bar No. 15101100
*Attorney for Appellant*


APPROVED:


/s/ Van W. Northern
Van W. Northern, Attorney for
Appellant, Ralph Crum


/s/ Cole Young
Cole Young, Attorney for
Appellee, Randi Crum


/s/ Kent D. Ries
Kent D. Ries,
Attorney for Appellee, Case Trustee

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the court's electronic case filing system or by regular mail on the   1st   day of  April        , 2010:

| | |
|---|---|
| Kent D. Ries | Cole Young |
| 600 S. Tyler, Suite 1300 | Templeton, Smithee, Hayes, |
| Box 12058 | Heinrich & Russell, L.L.P. |
| Amarillo, Texas 79101 | P.O. Box 15010 |
| *Chapter 7 Trustee* | Amarillo, Texas 79105 |
| | *Attorney for Randi Crum* |

U. S. Trustee
1100 Commerce Street, Room 9C60
Dallas, Texas  75242

_____
Van W. Northern