UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 APR -2 PM 4: 23

DEPUTY CLERK _____

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RALPH LYLE CRUM, | § | |
| Debtor | § | |
| | § | CASE NO. 2-09CV-199-J |
| RALPH LYLE CRUM, | § | |
| Appellant | § | (Appeal from Bankruptcy |
| | § | Case No. 08-20297-RLJ-7) |
| vs. | § | |
| | § | |
| Kent Ries, Trustee, and Randi Crum | § | |
| Appellees | § | |

## AGREED ORDER GRANTING DISMISSAL WITH PREJUDICE

THE COURT, having considered the Agreed Motion for Dismissal with Prejudice, and having been informed of the entry of an Order Granting a Motion to Compromise Claims of the Estate in the U. S. Bankruptcy Court finds that said Agreed Motion is well founded and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Agreed Motion for Dismissal with Prejudice is hereby GRANTED.

IT IS FURTHER ORDERED THAT this case is dismissed with prejudice to refiling.

IT IS SO ORDERED THIS 2nd DAY OF April, 2010.

_____
HONORABLE MARY LOU ROBINSON
U. S. District Court
Northern District of Texas, Amarillo Division

AGREED:

/s/ Van W. Northern
Van W. Northern, Attorney for
Appellant, Ralph Crum


/s/ Cole Young
Cole Young, Attorney for
Appellee, Randi Crum


/s/ Kent D. Ries
Kent D. Ries,
Attorney for Appellee, Case Trustee